IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01585-RPM

ELSA ROBINSON,

        Plaintiff,

v.

DELTA AIR LINES, INC., a Delaware corporation,

        Defendant.

---

## ORDER OF DISMISSAL

        Pursuant to the Stipulation for Dismissal with Prejudice [6] filed on September 10, 2007, it is

        ORDERED that this action is dismissed with prejudice, each party to pay their own attorney fees and costs.

        Dated: September 11th, 2007

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge